```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY HARRISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S.09-447-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | TRIAL CONFIRMATION HEARING AND |
| v. ) | JURY TRIAL |
| ) | |
| GREGORY HARRISON, ) | Date: December 10, 2009 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, GREGORY HARRISON, that the trial confirmation hearing set for December 10, 2009 and the jury trial set for January 11, 2010 be reset for trial confirmation hearing on January 14, 2010 at 10:00 a.m. and jury trial on February 8, 2010 at 10:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from the date of this stipulation through and including January 14, 2010 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  December 9, 2009                Respectfully submitted,

                                                    DANIEL J. BRODERICK
                                                   Federal Defender

                                                   /s/ Lauren D. Cusick
                                                   LAUREN D. CUSICK
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   GREGORY HARRISON

Dated: December 9, 2009                 BENJAMIN WAGNER
                                                   United States Attorney

                                                 /s/ Matthew Stegman
                                                 MATTHEW STEGMAN
                                                 Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  December 9, 2009.

_____
U.S. MAGISTRATE JUDGE