DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S.09-447-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | TRIAL CONFIRMATION HEARING AND |
| v. ) | JURY TRIAL |
| ) | |
| GREGORY HARRISON, ) | Date:  January 14, 2010 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, GREGORY HARRISON, that the trial confirmation hearing set for January 14, 2010 and the jury trial set for February 8, 2010 be reset for trial confirmation hearing on March 18, 2010 at 10:00 a.m. and jury trial on April 12, 2010 at 10:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

1     It is further stipulated that the period from the date of this
2 stipulation through and including March 18, 2010 should be excluded
3 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon
4 continuity of counsel and defense preparation.

6 Dated:   January 7, 2010            Respectfully submitted,

7                                     DANIEL J. BRODERICK
                                      Federal Defender
8
                                      /s/ Lauren D. Cusick
9                                     _____
                                      LAUREN D. CUSICK
10                                    Assistant Federal Defender
                                      Attorney for Defendant
11                                    GREGORY HARRISON

12 Dated: January 8, 2010              BENJAMIN B. WAGNER
13                                     United States Attorney

14
                                       /s/ Matthew Stegman
15                                     _____
                                       MATTHEW STEGMAN
16                                     Assistant U.S. Attorney

17

18                               **O R D E R**

19

20     IT IS SO ORDERED.

21

22 Dated: January 12, 2010.

                                       _____
                                       U.S. MAGISTRATE JUDGE

2