DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY HARRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR.S.09-447-KJM |
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
| | ) TRIAL CONFIRMATION HEARING AND |
| v. | ) JURY TRIAL AND SET FOR CHANGE OF |
| | ) PLEA |
| GREGORY HARRISON, | ) |
| | ) Date:  March 18, 2010 |
| Defendant. | ) Time:  10:00 a.m. |
| _____ | ) Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, GREGORY HARRISON, that the trial confirmation hearing set for March 18, 2010 and the jury trial set for April 12, 2010 should be vacated and a change of plea set for April 8, 2010 at 10:00 a.m.

///

///

///

///

1  The parties agree that time should be excluded through April 8,
2  2010, from computation of time under the Speedy Trial Act, pursuant to
3  Local Code T4, in order to allow for plea negotiations.  18 U.S.C. §
4  3161(h)(7)(B)(iv).

5  Dated:  March 16, 2010              Respectfully submitted,

6                                      DANIEL J. BRODERICK
                                       Federal Defender
7
                                       /s/ Lauren D. Cusick
8                                      _____
                                       LAUREN D. CUSICK
9                                      Assistant Federal Defender
                                       Attorney for Defendant
10                                     GREGORY HARRISON

11
   Dated: March _17, 2010              BENJAMIN B. WAGNER
12                                     United States Attorney

13
                                        /s/ Matt C. Stegman
14                                     _____
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney
15

16
                                  **O R D E R**
17

18     IT IS SO ORDERED.

19
20  Dated: March 17, 2010.

21
22
23                                          _____
                                            U.S. MAGISTRATE JUDGE
24
25
26
27
28

Harrison Stipulation; Order            2